**UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA**

**Civil Cover Sheet**

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): **Joshua Lilly , an individual;**

**Defendant**(s): **Global Community Communications Alliance , ; ESTATE OF VAN OF URANTIA aka GABRIEL OF URANTIA aka GABRIEL OF SEDONA aka PRINCE MELFAX aka TALIASVAN aka ANTHONY JOSEPH DELEVIN , ; NANCY "NIÁNN" EMERSON CHASE , ; TIYIENDEA DELLERBA aka STACY LEE MYSZKA , ; CATHERINE "CENTRIA" LILLY , ; CELINAS RUTH , ; SOULISTIC MEDICAL INSTITUTE , ; AVALON UNIVERSAL ENTERPRISES, INC. d/b/a ARC ROOFING d/b/a EARTH HARMONY BUILDERS , ; GCCA ELDERS I–X , ; and DOES I–X. , ;**

County of Residence: Yavapai

County Where Claim For Relief Arose: Santa Cruz

County of Residence: Yavapai

Plaintiff's Atty(s):

**Larry E. Coben , Attorney for Plaintiff**
ANAPOL WEISS
8700 E. Vista Bonita Drive, Suite 268
Scottsdale, Arizona 85255
(480) 515-4745
**JoAnn Niemi , Attorney for Plaintiff**
ANAPOL WEISS
8700 E. Vista Bonita Drive, Suite 268
Scottsdale, Arizona 85255
(480) 515-4745

Defendant's Atty(s):

**,**

,

---

**IFP REQUESTED**

---

**REMOVAL FROM COUNTY, CASE #**

---

| | |
|---|---|
| II. Basis of Jurisdiction: | **3. Federal Question (U.S. not a party)** |
| III. Citizenship of Principal Parties **(Diversity Cases Only)** | |
| Plaintiff:- | **N/A** |
| Defendant:- | **N/A** |
| IV. Origin : | **1. Original Proceeding** |
| V. Nature of Suit: | **360 Other Personal Injury** |
| VI.Cause of Action: | **18 U.S.C. §§ 1589, 1590, and 1595** |
| VII. Requested in Complaint | |
| Class Action: | **No** |

Dollar Demand:

Jury Demand: **Yes**

VIII. This case **is not related** to another case.

---

**Signature:** Larry E. Coben

**Date:** 07/23/2026

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014