Samantha Drum (AZ 041439)
Kristina Aiad-Toss (OH 0101336) *Admitted PHV*
Brian Colón (NM 14624) *Admitted PHV*
Pilar Borneo (NM 153971) *Admitted PHV*
Meagan Verschueren (CA 313117) *Pro Hac Vice Forthcoming*
Katie Llamas (CA 303983) *Pro Hac Vice Forthcoming*
**SINGLETON SCHREIBER**
6501 Americas Pkwy #670
Albuquerque, NM 87110
Tel. (505)515-4745
sdrum@singletonschreiber.com
ktoss@singletonschreiber.com
bcolon@singletonschreiber.com
pborneo@singletonschreiber.com
mverschueren@singletonschreiber.com
kllamas@singletonschreiber.com

Carol Montgomery Merchasin (MA 55672) *Pro Hac Vice Forthcoming*
**MERCHASIN LAW**
2300 Walnut Street #702
Philadelphia, PA 19103
Tel. (609) 666-8553
Carol@MerchasinLaw.com

Larry E. Coben (SBN 015673)
JoAnn Niemi (SBN 020873)
**ANAPOL WEISS**
8700 E. Vista Bonita Drive, Suite 268
Scottsdale, Arizona 85255
Tel. (480) 515-4745
lcoben@anapolweiss.com
jniemi@anapolweiss.com
Minute Entries: ME@anapolweiss.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**TUCSON DIVISION**

| | |
|---|---|
| JOSHUA LILLY,<br><br>Plaintiff,<br><br>vs. | Case No. 4:26-cv-00369-JGZ |

GLOBAL COMMUNITY COMMUNICATIONS ALLIANCE; ESTATE OF VAN OF URANTIA aka GABRIEL OF URANTIA aka GABRIEL OF SEDONA aka PRINCE MELFAX aka TALIASVAN aka ANTHONY JOSEPH DELEVIN; NANCY "NIÁNN" EMERSON CHASE; TIYIENDEA DELLERBA aka STACY LEE MYSZKA; CATHERINE "CENTRIA" LILLY; CELINAS RUTH; SOULISTIC MEDICAL INSTITUTE; AVALON UNIVERSAL ENTERPRISES, INC. d/b/a ARC ROOFING d/b/a EARTH HARMONY BUILDERS; GCCA ELDERS I–X and DOES I–X.

Defendants.

**APPLICATION FOR SUBSTITUTION OF COUNSEL**

I, Kristina Aiad-Toss, counsel of record for Joshua Lilly and Samantha Drum, Esq., hereby respectfully request an Order substituting counsel pursuant to LRCiv 83.3.

1. Larry E. Coben and JoAnn Niemi with Anapol Weiss presently appears as counsel of record for Joshua Lilly.

2. Samantha Drum, Arizona Bar No. 041439, of Singleton Schreiber, LLP seeks to be substituted as counsel of record for Joshua Lilly.

3. The client, Joshua Lilly, consents to this substitution and requests that Samanatha Drum become counsel of record in this matter.

4. All future notices, pleadings, and correspondence should be directed to:

Samantha Drum (AZ 041439)
**SINGLETON SCHREIBER**
6501 Americas Pkwy #670
Albuquerque, NM 87110
Tel. (505)515-4745
sdrum@singletonschreiber.com

WHEREFORE, the undersigned respectfully request that the Court enter the attached Order approving the substitution of counsel.

**RESPECTFULLY SUBMITTED** this 14th day of August 2026.


Samantha Drum (AZ 041439)
Kristina Aiad-Toss (OH 0101336) *Admitted PHV*
Brian Colón (NM 14624) *Admitted PHV*
Pilar Borneo (NM 153971) *Admitted PHV*
Meagan Verschueren (CA 313117) *Pro Hac Vice Forthcoming*
Katie Llamas (CA 303983*) Pro Hac Vice Forthcoming*
**SINGLETON SCHREIBER**
6501 Americas Pkwy #670
Albuquerque, NM 87110
Tel. (505)515-4745
sdrum@singletonschreiber.com
ktoss@singletonschreiber.com
bcolon@singletonschreiber.com
pborneo@singletonschreiber.com
mverschueren@singletonschreiber.com
kllamas@singletonschreiber.com

Carol Montgomery Merchasin (MA 55672) *Pro Hac Vice Forthcoming*
**MERCHASIN LAW**
2300 Walnut Street #702
Philadelphia, PA 19103
Tel. 609-666-8553
Carol@MerchasinLaw.com